**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00713-CV

## IN RE J. WOMACK, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**

## MEMORANDUM OPINION

On August 24, 2015, relator J. Womack filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator appears to ask this court to issue a temporary restraining order against Galveston County and the state of Maryland to prohibit alleged violations of unspecified constitutional rights.

Section 22.221 of the Texas Government Code expressly limits the mandamus jurisdiction of the court of appeals to: (1) writs against a "judge of a district or county court in the court of appeals district"; and (2) all writs necessary

to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221 (West 2004). Because the petition for writ of mandamus is not directed to a judge of a district or county court in this court of appeals district, and the issuance of a writ of mandamus is not necessary to enforce this court's jurisdiction, we have no jurisdiction.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.